Sandra Gray-Rohan
2514 E. Crescent St.
Racine, WI 53403



February 18, 2025

Chief Judge Pamela Pepper
United States Courthouse Room 208
517 East Wisconsin Ave.
Milwaukee, WI 53202

Dear Chief Judge Pamela Pepper,

    The plaintiff is updating the courts on the barriers in finding expert witnesses for the court case. The plaintiff has contacted expert witness agencies to select and hire experts to clarify wage loss, future wage loss, and emotional stress damages. The plaintiff has been informed by the agencies that they'll only work with lawyers. I've since contacted several professors from universities that have an extensive background in the field of labor economics and successfully spoke with professors that agreed to do the calculations. We spoke via zoom, email and phone and then right before beginning the project with the first professor backed out of the project after confirming to do the project and referred me to a different professor who then referred me to another professor and after speaking on the phone and agreeing to the project with this new professor, we began to email each other.
I was awaiting to hear back from him, but I did not, so I contacted him by email twice before acknowledging that he too was never going to respond to me again.

    I'm currently still looking for an expert to help with the analysis but I'm not sure I'll be able to attain one. I have no choice but to move on and use a wage loss analysis formula to compute the damages and have it ready by the deadline. I will provide the formula used to the defendants when it's completed by April 4, 2025. If I find an expert between now and the deadline, I will have the professor revise my calculations, and/or approve what I've done and disclose their CV and contact information to the defendants as requested in the interrogatory questions.

The plaintiff will work with the defendants to disclose all supplemental responses as quickly and efficiently as possible at this time. The documents will be scanned and emailed to the defendants at the verified email from Ms. Lindsay Davis at Quarles and Brady LLP.

Let it be known to the courts that the plaintiff is actively working on the case and will see the case through to the end, with or without a lawyer. The plaintiff actively does not have a lawyer, still and seems dim in attaining a lawyer at this late stage.

Sincerely,

*[signature: Sandra Gray-Rohan]*

Sandra Gray-Rohan
2514 E Crescent St.
Racine, WI 53403
Grayrohan19@gmail.com
262-800-2304


Note: a duplicate copy of this letter has been mailed to the defendants.

Quarles & Brady LLP
Lindsey W. Davis,
Sean

411 East Wisconsin Avenue
Suite 2400
Milwaukee, WI 53202-4428