

Sandra Gray-Rohan
2514 E. Crescent St.
Racine, WI 53403
Grayrohan19@gmail.com



U.S. District Court
Wisconsin Eastern

APR - 2 2025

FILED
Gina M. Colletti, Clerk

April 1, 2025

Clerk of Circuit Courts
Clerks Office
517 E Wisconsin Ave.
RM 362
Milwaukee, WI 53202

Chief Judge Pamela Pepper
United States Courthouse Room 208
517 East Wisconsin Ave.
Milwaukee, WI 53202

The plaintiff is requesting a settlement conference from the court, where a judge may facilitate discussions and potentially make recommendations to help both parties reach a resolution. Attached you'll find the calculated wage loss, loss benefits, and damages calculated from the plaintiff's check stub from 2016 and research methods.

A duplicate copy has been emailed to the defendants on April 1, 2025. The calculations show extensive monetary damages. The plaintiff would like to show good faith in resolving the complaint and an attempt to settle out of court. **Note: The mailing address for the plaintiff has changed to:**

**Sandra Gray-Rohan**
**8000 Waters Avenue #39**
**Savannah, GA  31406**
**Grayrohan19@gmail.com**

Sincerely,

Sandra Gray-Rohan

Sancra Gray-Rohan