Sandra Gry-Rohan
# Calculation of Lost Wage Damages

## Assumed Facts:
The Event occurs January 3 of Year #1
The replacement job begins in August of Year #1

## Variables Used:
| | |
|---|---|
| Wages prior to the Event ($/Yr) | $57,854 |
| Expected But-For Wage Growth | 5% |
| Work Life Expectancy (Years) | 8.0 |
| Duration of Unemployment (Years) | 1.0 |
| Replacement Wages | $57,854 |
| Expected Replacement Wage Growth | 2.0% |

## Model Calculation

| | 2017 Year #1 | 2018 Year #2 | 2019 Year #3 | 2020 Year #4 | 2021 Year #5 | 2022 Year #6 | 2023 Year #7 | 2024 Year #8 | |
|---|---|---|---|---|---|---|---|---|---|
| But-For Wages 5% increase | $57,854 | $60,747 | $63,784 | $66,973 | $70,322 | $73,838 | $77,530 | $81,406 | |
| Actual Wages | 12,003 | 29,500 | 31,559 | 28,263 | 32,757 | 45,098 | 39,528 | 34,678 | |
| Total Lost Wages Year #1-Year#8 | 45,851 | 31,247 | 32,225 | 38,710 | 37,565 | 28,740 | 38,002 | 46,728 | |
| Lost Employer Benefits Year#1 - Year#8 | 18,887 | 18,887 | 18,887 | 18,887 | 18,887 | 18,887 | 18,887 | 18,887 | see check st |

| | | |
|---|---|---|
| Total wages lost year#1- Year#8 | 299,068 | |
| benefits wage loss total | 151,096 | based on check stub from 2016 |
| Emotional distress | 300,000 | CAP |
| Defamation of Character | 1,000,000 | NO CAP- estimate-Jury will decide |
| Sons outstanding medical bills | 6,272 | |
| Student loan interest | 60,000.00 | accumulated since 2017 |
| Aflac premiums heart & cancer | 16,900 | Premiums from 2009-2018    see check stub 2016 |
| Aflac cancer value lump sum payout | 200,000 | 100,000 per person    see check stub 2016 |
| aflac heart value lump sum payout | 60,000 | 30,000 per person    see check stub 2016 |
| Total Wages, Benefits, and Damages | 2,093,336 | |

| Employee # 0183706 | Voucher # 377870 | | Federal | State | | |
|---|---|---|---|---|---|---|
| Dept 1965 | Deposit Date 08/05/16 | Exemptions | 2 | 2 | | |
| | Period Ending 08/06/16 | Adjustments | 0.00 | 0.00 | | |

| Description | | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|
| REG Regular | 80.0 | 2,275.20 | 30,117.96 | | | |
| Closed Campus | | | 582.56 | Personal Leave Information | | |
| Fmla - Sick | | | 1,592.64 | Sick leave balance: 1.50 | | |
| Fmla - Vacation | | | 682.56 | Vac leave balance: 136.00 | | |
| Holiday | | | 910.08 | | | |
| Sick Leave | | | 1,677.96 | | | |
| Vacation | | | 739.44 | | | |
| Gross | | 2,275.20 | 36,403.20 | | | |
| Taxes/Deductions (Employee paid) | | | | | | |
| FICA Withholding | | 123.07 | 1,976.01 | | | |
| Fica Medicare Component | | 28.78 | 462.08 | | | |
| Federal Withholding Single | | 197.68 | 3,185.38 | | | |
| Wis Withholding Single | | 97.14 | 1,562.06 | | | |
| Sec 125b Medical Flex Acct | | 76.92 | 1,230.72 | | | |
| Premium Ded Family Dental/26 P | | 8.09 | 129.44 | | | |
| Aflac Pre-Tax Heart | | 27.17 | 407.55 | | | |
| Premium Ded Family/26 Checks | | 141.58 | 2,218.09 | | | |
| Wrs-Employee Portion Pre-Tax | | 150.16 | 2,402.56 | | | |
| Aflac Pre-Tax Cancer | | 37.83 | 567.45 | | | |
| Short Term Disability_ee | | 17.64 | 282.24 | | | |
| Deduction Total | | 906.06 | 14,423.58 | | | |
| Net Pay | | 1,369.14 | 21,979.62 | | | |
| Benefits (Employer paid) | | | | | | |
| Accidental Death/Dismemberment | | 0.55 | 8.80 | | | |
| Den Fam Employer 12 Mon | | 99.31 | 794.48 | | | |
| Life Ins/Salary >$50,000.00 | | 4.98 | 79.68 | | | |
| LTD for Non Instructional Sff | | 9.62 | 144.30 | | | |
| Fam Med Employer | | 1,738.25 | 13,638.58 | | | |
| Wis Retirement Sys (municipal) | | 150.16 | 2,402.56 | | | |
| Benefit Total | | 2,002.87 | 17,068.40 | | | |

| Direct Deposit Information | Amount |
|---|---|
| Pioneer Bank | 500.00 |
| Racine Educators C U | 869.14 |

Personal Leave Information
Sick leave balance: 1.50
Vac leave balance: 136.00

Gateway Technical College
3520 - 30th Ave
Kenosha, WI 53144-1690

Advice Date    Advice No.
08/05/16       377870

**PAY THIS AMOUNT**
1,369.14