

Quarles & Brady LLP
Attorneys at Law
411 East Wisconsin Avenue
Suite 2400
Milwaukee, WI 53202-4428
414-277-5000
Fax 414-271-3552
quarles.com

Writer's Direct Dial: 414-277-3073
E-Mail: Lindsey.Davis@quarles.com

April 11, 2025

**VIA ELECTRONIC FILING**

Chief Judge Pamela Pepper
United States Courthouse Room 208
517 East Wisconsin Avenue
Milwaukee, WI 53202

  **RE: Sandra Gray-Rohan v. Gateway Technical College**
    **Case No. 19-CV-1032**

Dear Judge Pepper:

  Pursuant to the Court's Text Only Order dated April 3, 2025, this letter is to advise you that Gateway Technical College is willing to participate in mediation. Provided that Magistrate Judge Nancy Joseph is available and willing, we would request that the Court consider assigning this matter to her for mediation. Ms. Gray-Rohan has confirmed that she does not object to this request.

  Should you have any questions, please do not hesitate to contact me.

           Very truly yours,

           QUARLES & BRADY LLP

           */s/Lindsey W. Davis*

cc: Sandra Gray-Rohan (via email and U.S. Mail)

QB\95799820.1