UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SANDRA GRAY-ROHAN,

    Plaintiff,

v.

        Case No. 19-cv-1032-pp

GATEWAY TECHNICAL COLLEGE,

    Defendant.

**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION**

At the request of the parties, dkt. nos. 80, 82, the court **ORDERS** that this case is referred to Magistrate Judge Nancy Joseph for the purpose of mediation. If the report Judge Joseph files at the conclusion of the mediation indicates that the parties were unable to resolve the case, the court will contact the parties for the purpose of setting new scheduling dates and deadlines if necessary.

Dated in Milwaukee, Wisconsin this 14th day of April, 2025.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

1