Case # Sandra Gray-Rohan
8000 Waters Avenue #39
Savannah, GA 31409
Grayrohan19@gmail.com
**NOTE: address change**

Case No. 2019-cv-1032-p

```
U.S. District Court
Wisconsin Eastern
APR 14 2025
FILED
Clerk of Court
```

Parties:
Plaintiff(s) Sandra Gray-Rohan
Defendant(s) Gateway Technical College, Gateway Technical College

April 4, 2025

Clerk of Circuit Courts
Clerks Office
517 E Wisconsin Ave.
RM 362
Milwaukee, WI 53202

Chief Judge Pamela Pepper
United States Courthouse Room 208
517 East Wisconsin Ave.
Milwaukee, WI 53202

The plaintiff is requesting a settlement conference from the court with a magistrate Judge may facilitate discussions and potentially make recommendations to help both parties reach a resolution. Attached you'll find the revised calculated wage loss, loss benefits, and damages calculated from the plaintiff's check stub from 2016 and research methods.

A duplicate copy has been emailed to the defendants on April 4, 2025 and also sent by post mail. The calculations show extensive monetary damages. The plaintiff would like to show good faith in resolving the complaint and an attempt to settle out of court. **Note: The mailing address for the plaintiff has changed to:**

**Sandra Gray-Rohan**
**8000 Waters Avenue #39**
**Savannah, GA  31406**

Grayrohan19@gmail.com

Sincerely,

*Sandra Gray-Rohan* (signature)

Sandra Gray-Rohan

Note: a duplicate copy of this letter has been mailed to the defendants.

Quarles & Brady LLP
Lindsey W. Davis, Sean Scullen
411 East Wisconsin Avenue
Suite 2400
Milwaukee, WI 53202-4428