Sandra Gray-Rohan revised on 04-04-2025

## Calculation of Lost Wage Damages

**Assumed Facts:**
The Event occurs January 3 of Year #1
The replacement job begins in August of Year #1

**Variables Used:**
| | |
|---|---:|
| Wages prior to the Event ($/Yr) | $59,155 |
| Expected Wage Growth | 3% |
| Work Life Expectancy (Years) | 8.0 |
| Duration of Unemployment (Years) | 1.0 |
| Replacement Wages | $59,155 |
| Expected Replacement Wage Growth | 3.0% |



### Model Calculation

| Added FMLA Front and back pay | 2017 Year #1 | 2018 Year #2 | 2019 Year #3 | 2020 Year #4 | 2021 Year #5 | 2022 Year #6 | 2023 Year #7 | 2024 Year #8 | 2025 Year 9 | 2026 Year 10 | 2027 Year 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Back Pay (BP) | | | | | Future Pay (FP) | | |
| Wages 3% increase | $59,155 | $60,930 | $62,758 | $64,640 | $66,579 | $68,577 | $79,273 | $81,651 | 84,101 | 86,624 | 89,223 |
| Actual Wages | 12,003 | 29,500 | 31,559 | 28,263 | 32,757 | 45,098 | 39,528 | 34,678 | 31,710 | 31,710 | 31,710 |
| Total Lost Wages Year #1-Year#8 | 47,152 | 31,430 | 31,199 | 36,377 | 33,822 | 23,479 | 39,745 | 46,973 | 52,391 | 54914 | 57513 |
| Lost Employer Benefits Year#1 - Year#8 | 18,887 | 18,887 | 18,887 | 18,887 | 18,887 | 18,887 | 18,887 | 18,887 | 18,887 | 18,887 | 18,887 |

### Retaliation Damages

| | | |
|---|---:|---|
| Wages back Pay | 290,177 | |
| Wages Future pay (FP) | 164,818 | Replacement of reinstatement |
| benefits wage loss | 151,096 | |
| Emotional istress | 300,000 | 300,000 cap |
| Defamation of Character | 1,000,000 | Estimate only no cap, Jury can decide |
| Outstanding medical bills - child | 6,272 | |
| student loan interest | 60,000 | |
| Aflac premiums cancer &heart | 16,900 | |
| Aflac cancer lump sum payout | 200,000 | |
| Aflac heart lump sum payout | 60,000 | |
| **Total discrimination damages** | **2,249,263** | |

### FMLA Damages

| | | |
|---|---:|---|
| Wages Back Pay | 290,177 | |
| Wages Future pay | 164,818 | Replacement of reinstatement |
| benefits wage loss | 151,096 | |
| Outstanding medical bills - child | 6,272 | |
| student loan interest | 60,000 | |
| Aflac premiums cancer &heart | 16,900 | |
| Aflac cancer lump sum payout | 200,000 | |
| Aflac heart lump sum payout | 60,000 | |
| liquidated damages | 454,995 | |
| **Total lost wages & benefits FMLA** | **949,263** | |

### Retaliation, & FMLA

| | |
|---|---:|
| Total wages, benefits and damages | 3,198,526 |