UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SANDRA GRAY-ROHAN,

    Plaintiff,

v.                                  Case No. 19-CV-1032

GATEWAY TECHNICAL COLLEGE,

    Defendant.

## ORDER REGARDING MEDIATION

The above matter has been referred to me for mediation by Chief United States District Judge Pamela Pepper. Based on this referral and pursuant to the order,

**IT IS HEREBY ORDERED**:

1. I will conduct a mediation on **May 12, 2025 at 9:00 a.m.** All parties shall initially convene in my courtroom, Courtroom 253, United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. The mediation will focus on all issues necessary to fully resolve the case, including reasonable costs and attorneys' fees.

2. Both Ms. Gray-Rohan and defendant's counsel must be present.

3. A person with full settlement authority also must be physically present at the mediation. This requirement contemplates the presence of a party or, if a corporate entity, an authorized representative of the party, who can settle the case during the course of the mediation without consulting a superior.

4. **Premediation Demand and Offer**

    A. Ms. Gray-Rohan must send a written settlement demand to defendant's counsel with a brief explanation of why such a settlement is appropriate on or before **April 28, 2025**. The demand must not exceed two (2) pages.

B. Defendant's counsel must send a written offer to Ms. Gray-Rohan with a brief explanation of why such a settlement is appropriate on or before **May 2, 2025**. The offer must not exceed two (2) pages.

C. The demand and offer must **NOT** be electronically filed or docketed.

5. **Confidential Letter to the Court**

    A. No later than **4:30 P.M. (CT) May 7, 2025**, Ms. Gray-Rohan must email me at JosephPO@wied.uscourts.gov the following:

        i. A letter indicating Ms. Gray-Rohan's minimum settlement position. Ms. Gray-Rohan should **NOT** provide defendant's counsel a copy of this letter; and

        ii. A copy of the demand sent to defendant's counsel.

    B. No later than **4:30 P.M. (CT) May 7, 2025**, defendant's counsel must email me at JosephPO@wied.uscourts.gov the following:

        i. A letter indicating the defendant's maximum settlement position, including all damages. This letter should **NOT** be provided to Ms. Gray-Rohan; and

        ii. A copy of the offer sent to Ms. Gray-Rohan.

    C. These documents should **NOT** be electronically filed or docketed. The documents will be used only for mediation and will not become part of the court's file in this matter. The documents should be electronically sent to my chambers, in PDF format, at JosephPO@wied.uscourts.gov.

Dated at Milwaukee, Wisconsin, this 22nd day of April, 2025.

_____
NANCY JOSEPH
United States Magistrate Judge